## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: March 29, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff                    **SCHEDULING ORDER**

   -against-                             7:21-cr-00158-

Ashley Redmond
                     Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 3/30/2021 at 3 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  March 29, 2021
         White Plains, New York

                                                SO ORDERED:

                                                s/      PED
                                                _____

                                                PAUL E. DAVISON
                                                United States Magistrate Judge