UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ASHLEY REDMOND

              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-cr-158

Defendant Ashley Redmond hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

x     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

      Conference Before a Judicial Officer - Assignment of Counsel

/s/ Ashley Redmond
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ashley Redmond
Print Defendant's Name

_____
Defendant's Counsel's Signature

Francis L. O'Reilly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/30/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge