# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: September 29, 2021
```

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

           Plaintiff                        **SCHEDULING ORDER**

    -against-

                                              7:21-cr-00158-NSR

Ashley Redmond

                 Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 10/5/2021 at 3:30 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: 9/29/2021
       White Plains, New York

                                        SO ORDERED:

                                        s/       PED

                                        PAUL E. DAVISON
                                        United States Magistrate Judge