UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

    USA,

        - against -

ASHLEY REDMOND,

                Defendant(s).
-------------------------------------------------------x

**RESCHEDULING ORDER**

21 CR 158 (NSR)

NELSON S. ROMÁN, D.J.:

    Due to a Court scheduling conflict, the in-person Sentencing scheduled for January 13, 2022 or January 14, 2022 is hereby

    ORDERED **rescheduled, with the parties' consent, until February 17, 2022 at 11:45 am with an alternate date of February 18, 2022 at 11:45 am.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:     White Plains, New York
                December 17, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021