UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

      USA,

         - against -

ASHLEY REDMOND,

                        Defendant(s).
---------------------------------------------------------x

**SCHEDULING ORDER**

21 CR 158-02 (NSR)

NELSON S. ROMÁN, D.J.:

The in-person Sentencing for the above Defendant is **scheduled for February 17, 2022 at 11:45 am.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
             February 9, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/9/2022__